## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIA BRITO,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action H-13-1816** |
| | § | |
| **OFFICE DEPOT, INC.,** | § | |
| **Defendant.** | § | |

## ORDER ON MOTION TO NONSUIT AND DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

The Court considered the Plaintiff's request for the entry of an Order on motion to nonsuit and dismiss with prejudice of all claims in this cause. The Court, being fully advised, is of the opinion that the interest of justice would be served by granting the request of the Plaintiff. It is therefore:

ORDERED, ADJUDGED and DECREED that all claims which have been asserted or could have been asserted by Plaintiff, MARIA BRITO, in this cause against Defendant, OFFICE DEPOT, INC, be, and hereby are, dismissed with prejudice. Each party is to bear its own respective costs.

SIGNED this __4__ day of _Nov_____, 2013.

JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:


LAW OFFICES OF KEITH LOVELACE
8303 Southwest Freeway, Suite 975
Houston, Texas 77074-1622

By:___/s/ Brad Peek_____
     Brad Peek
     SBN 24082253
     FBN 1901809
Telephone: 713/777-0500
Facsimile:  713/995-5555
**ATTORNEY FOR PLAINTIFF**
**MARIA BRITO**